IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-857-FDW-DCK

| | |
|---|---|
| DAVID CIACCIA, | ) |
| Plaintiff, | ) ORDER |
| v. | ) |
| UNUM LIFE INSURANCE COMPANY OF AMERICA and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by Local Counsel Rachel Matesic on September 26, 2024.

Applicant Mark D. DeBofsky seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Mark D. DeBofsky is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: September 26, 2024

David C. Keesler
United States Magistrate Judge