**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-857-FDW-DCK**

| | | |
|---|---|---|
| **DAVID CIACCIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **UNUM LIFE INSURANCE COMPANY** | ) | |
| **OF AMERICA and PROVIDENT LIFE** | ) | |
| **AND ACCIDENT INSURANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by Local Counsel Rita B. Robertson on November 25, 2024.

Applicant Ann-Martha Andrews seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. Ann-Martha Andrews is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: November 26, 2024

David C. Keesler
United States Magistrate Judge