IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-857-FDW-DCK

| | |
|---|---|
| DAVID CIACCIA, | )<br>) |
| Plaintiff, | )<br>)  **ORDER** |
| v. | )<br>) |
| UNUM LIFE INSURANCE COMPANY OF AMERICA and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Local Counsel Rita B. Robertson on November 25, 2024.

Applicant Byrne J. Decker seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Byrne J. Decker is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: December 10, 2024

David C. Keesler
United States Magistrate Judge